UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARSHAN GREWAL, | ) | 1:06-CV-1825 OWW NEW (DLB) HC |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER GRANTING EXTENSION OF TIME |
| KATHY MENDOZA-POWERS, et al., | ) ) | (DOCUMENT #14) |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 26, 2007, respondents filed a motion to extend time to file a response to the petition for writ of habeas corpus. Inasmuch as respondents filed its response on April 25, 2007, and good cause having been presented to the court, IT IS HEREBY ORDERED that:

Respondents' motion to extend time to file its response is GRANTED nunc pro tunc.

IT IS SO ORDERED.

Dated: **May 1, 2007**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE