UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARSHAN GREWAL,<br><br>    Petitioner,<br><br>    v.<br><br>KATHY MENDOZA-POWERS,<br><br>    Respondent. | 1:06-CV-1825 OWW (DLB) (HC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE<br><br>(DOCUMENT #17) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 25, 2007, petitioner filed a second motion to extend time to file traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

Petitioner is granted until July 25, 2007 to file traverse.


IT IS SO ORDERED.

Dated: **July 2, 2007**    /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE