UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARSHAN GREWAL,<br><br>    Petitioner,<br><br>    v.<br><br>KATHY MENDOZA-POWERS, et al.,<br><br>    Respondent. | 1:06-CV-1825 OWW NEW (DLB) HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE<br><br>(DOCUMENT #21) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 13, 2007, petitioner filed its third motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted to August 15, 2007 in which to file his traverse.

IT IS SO ORDERED.

Dated: **August 9, 2007**                   **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE