IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARSHAN GREWAL,<br><br>         Petitioner,<br><br>   vs.<br><br>KATHY MENDOZA-POWERS,<br><br>         Respondent.<br>_____/ | 1:06-cv-01825-OWW-GSA (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #29)<br><br>FORTY-FIVE DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On May 5, 2008, petitioner filed a motion to extend time to file objections to findings and recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted forty-five days from the date of service of this order in which to file objections to findings and recommendations.

IT IS SO ORDERED.

Dated:   **May 6, 2008**              **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE